# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 124
White Plains, NY 10601
Tel: (914) 428-7124 Fax: (914) 948-5109

---

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

June 24, 2025

**VIA EMAIL & ECF**

The Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street,
White Plains, NY 10601

      Re:    *United States v. Kevin Williams & Byron Wilson,* 25-cr-148 (CS)

Dear Honorable Judge Seibel:

      I write to respectfully request a 60-day adjournment of the status conference currently scheduled for Thursday, June 26, 2025, at 4:00 p.m. My understanding is the Court has availability on August 27, 2025, at 12:15 p.m. and that date and time work for the parties.

      Since our last appearance, the government has produced discovery to the parties. Based on the materials received, defense counsel has requested additional discovery, and the government is in the process of procuring and producing that discovery. There has been preliminary discussion regarding a plea, however that discovery will greatly inform plea negotiations and/or motion practice. I have consulted with Daniel McGuiness, counsel for Mr. Wilson, who joins in this request. I have also consulted with the government through AUSA Reyhan Watson who does not object to this request. Both I and Mr. McGuiness have no objection to the exclusion of time for this adjournment under 18 U.S.C. § 3161(h)(7)(A) as the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendants in a speedy trial. Specifically, the failure to grant such a continuance would deny Mr. Williams and Mr. Wilson reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

      Therefore, it is respectfully requested that the status conference be adjourned to August 27, 2025, at 12:15 p.m., and that time be excluded through the next appearance.

                      Sincerely,

                        Elizabeth K. Quinn

cc:  Reyhan Watson, AUSA
      Daniel McGuiness, Counsel for Byron Wilson